UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 AUG -6 P 2:31

SIGN_____
BY DEPUTY CLERK

NEW ORLEANS ELECTRICAL
PENSION FUND, ET AL

VERSUS                            MISC ACTION NO.: 06-35-JVP-CN

KNIGHT ENTERPRISES OF LOUISIANA,
D/B/A KNIGHT ENTERPRISES, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 21, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Motion to Traverse Garnishment Interrogatories (doc. 10) is hereby **DENIED** and garnishee, BE&K Government Group, Inc., is hereby relieved of any and all liability to judgment creditors herein.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 6, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA